**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| KRISTEENA SCARPINO, )<br>individually and on behalf )<br>of similarly situated individuals, )<br> )<br>      Plaintiff, )<br> )<br>    v. )<br> )<br>IMAGINATION INDUSTRIES, INC., d/b/a )<br>AMERICAN DREAM, )<br> and CASEY ROWE, )<br> )<br>      Defendants. )<br>                   ) | C.A. No. 8-20-cv-449 |

**PLAINTIFF'S UNOPPOSED MOTION**
**FOR APPROVAL OF FLSA SETTLEMENT**

### I.      INTRODUCTION

Plaintiff Kristeena Scarpino ("Scarpino") hereby respectfully requests the Court's approval of the FLSA settlement reached by the Plaintiff and Defendants Imagination industries, Inc., d/b/a American Dream and Casey Rowe ( "Defendants").[1] This Settlement resolves the claims of the Plaintiff and opt-ins under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq*. ("FLSA") and the Nebraska Wage and Hour Act ("NWHA") for a total of $70,000.00, and was the result of an all day settlement conference before Magistrate Judge Nelson. As detailed in the accompanying Memorandum of Law, this proposed resolution of the Plaintiff and opt-ins' claims is fair and reasonable and warrants judicial approval.

---

[1] The Settlement Agreement is attached hereto as Exhibit 1.

1

Because the Settlement reached by the Parties is fair and reasonable, Plaintiff respectfully requests that the Court issue an order: 1) granting approval of the proposed Settlement Agreement; 2) approving attorneys' fees and costs in the amount of $23,333.33 3) approving the service award of $5,000 to Plaintiff Scarpino; 4) approving the distribution of settlement awards to the Plaintiff and opt-ins as described above; and 5) dismissing the claims of the Plaintiff and opt-ins with prejudice against Defendants.

DATED:          September 3, 2021          Respectfully submitted,

KRISTEENA SCARPINO, on behalf of herself
and all others similarly situated,

By her attorneys,


/s/ Olena Savytska
Harold Lichten
Olena Savytska
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
hlichten@llrlaw.com
osavytska@llrlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 3 day of September, 2021, a copy of the foregoing motion and all exhibits was filed electronically through the Court's CM/ECF system, which will send notice of this filing to all counsel of record.

/s/ Olena Savytska
Olena Savytska, Esq